

# Fourth Court of Appeals
## San Antonio, Texas

October 24, 2014

No. 04-14-00577-CV

**IN THE INTEREST OF J.J.C., A.C., JE.J.C.,** Children,

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-02118
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

The State's Motion for Extension of Time to File Brief is GRANTED. The State's brief is due on November 24, 2014.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of October, 2014.

_____
Keith E. Hottle
Clerk of Court